MISSOURI TRUST COMPANY, Respondent, v. JOHN WACHTER, Appellant.

Kansas City Court of Appeals, October 30, 1899.

Mortgages: AMENDMENT OF 1893: FORECLOSURE: EMBLEMENTS. This case is affirmed on the authority of Walton v. Fudge, 63 Mo. App. 52.

Appeal from the Nodaway Circuit Court.—*Hon. C. A. Anthony* Judge.

AFFIRMED.

*William C. Ellison* for appellant.

*C. A. Anthony* and *J. W. Tompson* for respondent.

ELLISON, J.—This case is in all respects like that of same plaintiff against Thomas Cunningham et al., decided this term, and, as in that case, the judgment will be affirmed. All concur.